**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 7, 2014.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-13-00980-CV

---

### RODMAN A. EGGEN, Appellant

### V.

### DIAMONDBACK WORKS, L.P, Appellee

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2012-35076**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 16, 2013. On September 30, 2014, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.